ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

FILED

MAY - 6 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| ROBERT SR BALDUGO | Case No. 07-54117 RLE |
| NANCY D BALDUGO | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2467853 for an unclaimed dividend in the amount of $6.95. The name and address of the claimant entitled to the unclaimed dividend is as follows;

> ROBERT SR BALDUGO
> NANCY D BALDUGO
> 2989 NIEMAN BLVD #411
> SAN JOSE, CA  95148

Dated: May 04, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE